| | |
|---|---|
| 1 | BRYAN A. MERRYMAN (SBN 134357) |
| | RACHEL J. FELDMAN (SBN 246394) |
| 2 | JON A. ALON (SBN 265102) |
| | WHITE & CASE LLP |
| 3 | 633 W. Fifth Street, Suite 1900 |
| | Los Angeles, CA 90071-2007 |
| 4 | Telephone: (213) 620-7700 |
| | Facsimile: (213) 452-2329 |
| 5 | Email: bmerryman@whitecase.com |
| | Email: rfeldman@whitecase.com |
| 6 | Email: jalon@whitecase.com |
| 7 | Attorneys for Defendant |
| | TIME WARNER CABLE INC. |
| 8 | |
| 9 | JOSEPH J. SIPRUT (*Pro Hac Vice Pending*) |
| | JAMES M. MCCLINTICK |
| 10 | SIPRUT PC |
| | 122 South Michigan Avenue, Suite 1850 |
| 11 | Chicago, IL 60603 |
| | Telephone: (312) 588-2380 |
| 12 | Facsimile: (312) 427-1850 |
| | Email: jsiprut@siprut.com |
| 13 | Email: jmcclintick@siprut.com |
| 14 | TODD C. ATKINS |
| | SIPRUT PC |
| 15 | 701 B Street, Suite 1170 |
| | San Diego, CA 92101 |
| 16 | Telephone: (619) 255-2380 |
| | Facsimile: (619) 231-4984 |
| 17 | Email: tatkins@siprut.com |
| 18 | Attorneys for Plaintiff |
| | TODD BURTON |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD BURTON, on behalf of himself and all others similarly situated, | NO. 3:12-cv-02828-JCS |
| Plaintiff, | **SECOND STIPULATION EXTENDING TIME FOR DEFENDANT TIME WARNER CABLE INC. TO RESPOND TO COMPLAINT** |
| v. | |
| TIME WARNER CABLE, INC., | |
| Defendant. | Judge: Hon. Samuel Conti<br>Complaint Filed: June 1, 2012<br>Trial Date: None |

1  Pursuant to Local Rule 6-1(a), Plaintiff Todd Burton, on behalf of himself and all others similarly situated ("Plaintiff"), and Defendant Time Warner Cable Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to extend Defendant's time to respond to the Complaint.

WHEREAS, on June 1, 2012, Plaintiff filed a putative class action Complaint against Defendant, alleging violations of the Cable Communications Policy Act, 47 U.S.C. § 551, *et seq.*, the California Consumer Records Act, Cal. Civ. Code § 1798.80, *et seq.*, and California Penal Code § 637.5, and breach of implied contract.

WHEREAS, Defendant accepted service of the Complaint on June 5, 2012.

WHEREAS, on June 12, 2012, this Court entered an order granting the Parties' stipulation to extend Defendant's deadline to respond to the Complaint to July 26, 2012.

WHEREAS, Defendant intends to file a motion to dismiss based on, among other grounds, improper venue, and Plaintiff has agreed to take Defendant's argument under advisement.

WHEREAS, in order to give the Parties an opportunity to resolve this issue by agreement, and in the interest of conserving the Parties' resources and judicial economy, Plaintiff has agreed to a further extension of Defendant's time to respond to the Complaint of one week to August 2, 2012.

WHEREAS, this extension is not sought for the purpose of unnecessary delay.

WHEREAS, the extension of time sought will not alter the date of any event or deadline already fixed by Court order.

/ / /

/ / /

/ / /

1
LOSANGELES 957766 (2K)    SECOND STIPULATION EXTENDING TIME FOR DEFENDANT TIME WARNER CABLE INC. TO RESPOND TO COMPLAINT; 3:12-CV-02828-JCS

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE the time for Defendant to respond to the Complaint in this action shall be extended to August 2, 2012.

Dated: July 19, 2012

WHITE & CASE LLP

By: /s/ *Bryan A. Merryman*
Bryan A. Merryman
Attorneys for Defendant
Time Warner Cable Inc.

Dated: July 19, 2012

SIPRUT PC

By: /s/ *Todd C. Atkins*
Todd C. Atkins
Attorneys for Plaintiff
Todd Burton

*IT IS SO ORDERED*
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DECLARATION OF BRYAN A. MERRYMAN**

I, Bryan A. Merryman, am an attorney of record for Defendant Time Warner Cable Inc. Todd C. Atkins, attorney of record for Plaintiff Todd Burton, gave me his concurrence in the filing of the document titled "SECOND STIPULATION EXTENDING TIME FOR DEFENDANT TIME WARNER CABLE INC. TO RESPOND TO COMPLAINT," which concurrence shall serve in lieu of his signature on that filed document. I have obtained and will maintain records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Dated: July 19, 2012

WHITE & CASE LLP

By: /s/ *Bryan A. Merryman*
    Bryan A. Merryman
    Attorneys for Defendant
    Time Warner Cable Inc.