Joseph J. Siprut*
*jsiprut@siprut.com*
James M. McClintick
*jmcclintick@siprut.com*
SIPRUT PC
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.588.1440
Fax: 312.427.1850

Todd C. Atkins
*tatkins@siprut.com*
SIPRUT PC
701 B Street, Suite 1170
San Diego, CA 92101
619. 255.2380
Fax: 619.231.4984

*Pro hac vice* admittance to be sought

*Counsel for Plaintiffs and the Proposed Putative Classes*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD BURTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIME WARNER CABLE INC.,<br><br>Defendant. | Case No. 3:12-cv-02828-JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiff, Todd Burton, by his undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses this action, without prejudice, against Defendant, Time Warner Cable Inc.

Dated: August 1, 2012                    Respectfully submitted,

                                          TODD BURTON, individually and on behalf of all others similarly situated,


                                          By:   /s/ Joseph J. Siprut
                                                One of the Attorneys for Plaintiffs
                                                and the Proposed Putative Classes

Joseph J. Siprut
*jsiprut@siprut.com*
James M. McClintick
*jmcclintick@siprut.com*
SIPRUT PC
17 North State Street
Suite 1600
Chicago, Illinois  60602
312.588.1440
Fax: 312.427.1850

Todd C. Atkins
*tatkins@siprut.com*
SIPRUT PC
701 B Street, Suite 1170
San Diego, CA  92101
619. 255.2380
Fax: 619.231.4984

4819-9031-6816, v.  1

---

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)(1)(A)(I)
OF THE FEDERAL RULES OF CIVIL PROCEDURE

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Voluntary Dismissal Pursuant to Rule 41(A)(1)(A)(I) of the Federal Rules of Civil Procedure** was filed this 1st day of August, 2012, via the electronic filing system of the Northern District of California, which will automatically serve all counsel of record.

                                                              s/ Joseph J. Siprut